HENRY S. HAINES, ET AL., PLAINTIFFS-RESPONDENTS, v. BURLINGTON COUNTY BRIDGE COMMISSION, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 14 *N. J. Super.* 323.

*Messrs. Milton M.* and *Adrian M. Unger, Mr. Robert L. Hood* and *Mr. Thomas D. Begley* for the petitioners.

*Mr. James M. Davis, Jr., Mr. John A. Matthews* and *Mr. Milton B. Conford* for the respondents.

October 29, 1951.  Granted.